CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 6 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BIANCA JOHNSON and DELMAR CANADA, )
)
Plaintiffs, )   Civil Action No. 3:16CV00016
)
v. )   **ORDER**
)
ANDREW HOLMES, JOHN DOES 1-3, )   By: Hon. Glen E. Conrad
and ALBEMARLE COUNTY, )   Chief United States District Judge
)
Defendants. )

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motion to dismiss filed by Andrew Holmes is **GRANTED IN PART AND DENIED IN PART**; and

2. The motion to dismiss filed by Albemarle County is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 6th day of September, 2016.

/s/ Glen E. Conrad
Chief United States District Judge