

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

6/23/2020
JULIA C. DUDLEY, CLERK
BY: H. Wade
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Bianca Johnson, et al.,                )
    Plaintiffs,                        )        Civil Action No. 3:16cv00016
                                       )
v.                                     )        ORDER
                                       )
Andrew Holmes,                         )        By:    Joel C. Hoppe
    Defendant.                         )               United States Magistrate Judge

This matter is before the Court on Plaintiffs' Motion to Extend Discovery for 45 Days and For Other Relief. ECF No. 124. On June 23, 2020, the Court held a hearing with counsel for the parties. For the reasons stated on the record, Plaintiffs' motion is hereby GRANTED.

1.    Within seven (7) days, the Defendant shall provide the address and phone number for Jennifer Zawitz;

2.    In the Memorandum Opinion, the Court of Appeals for the Fourth Circuit recognized that Captain Darrell Byers's testimony could be admissible in certain circumstances. *See Johnson v. Holmes*, No. 18-1454 (4th Cir), Mem. Op. 31–32, ECF No. 105. During today's hearing, counsel for Defendant stated that he would not accept a deposition subpoena for Captain Byers. Absent some other arrangement, Plaintiffs' counsel will need to issue a subpoena to Captain Byers for a deposition. The Court expects that Captain Byers's deposition will take place within thirty (30) days.

3.    Discovery is extended for forty-five (45) days from the date of this Order.

It is so ORDERED.

ENTERED: June 23, 2020

Joel C. Hoppe
United States Magistrate Judge