# JEFFREY E. FOGEL
ATTORNEY AT LAW

913 E. JEFFERSON STREET  
CHARLOTTESVILLE, VA 22902

434-984-0300  
FAX: 434-220-4852  
jeff.fogel@gmail.com

August 10, 2020

Hon. Norman K. Moon, U.S.D.J.  
United States Courthouse  
255 W. Main Street  
Charlottesville, VA 22902

        Re:    Johnson v. Holmes  
                  Hubbard v. Holmes  
                  Civil Action 3:16-cv-00016

Dear Judge Moon:

      We have completed discovery on the question of the meaning of "citations" as that term appears in the table marked Dkt. 49, Ex. 9. I have deposed the person within the Albemarle Police Department who requested the preparation of the chart and the crime analyst who prepared the report.

      I am requesting that the Court set deadlines for supplemental memos to take account of the above discovery.

                                              Respectfully submitted,

                                              Jeffrey E. Fogel  
                                              Attorney for Plaintiffs

cc: Jim Guynn, Esq.