```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
 2                  CHARLOTTESVILLE DIVISION

 3      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

 4      BIANCA JOHNSON and
        DELMAR CANADA,
 5                      Plaintiffs,

 6

 7      vs.                               Case No. 3:16cv16

 8

 9      ANDREW HOMES, JOHN DOES 1-3,                ORIGINAL
        and ALBEMARLE COUNTY,
10

11                      Defendants.

12      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

13

14                  ZOOM VIDEO CONFERENCE

15           DEPOSITION OF JENNIFER ZAWITZ

16              2:00 p.m. - 2:22 p.m.

17                  July 14, 2020

18

19

20

21

22

23

24      Job No. 42986

25           REPORTED BY:  Darlene Joy Owings, CCR
```

(434) 293-3300
www.cavalier-reporting.com

Reported by Darlene J Owings
Cavalier Reporting & Videography

(800) 972-1993
info@cavalier-reporting.com

1    A.    Sure.  So usually what would happen,

2    officers would come in or other staff members of

3    the police department would come in.  They'd give

4    me a set of parameters.  I'd pull the data they

5    requested, and then give that to them, whatever

6    they requested.

7        Q.    And that essentially was your

8    function --

9        A.    Yes, sir.

10       Q.    -- for the period of time you worked

11   there?

12       A.    Yes, sir.

13       Q.    So looking at what is now Exhibit 1, do

14   you recognize that document?

15       A.    It looks like something I would have

16   prepared, yes, sir.

17       Q.    Explain to me why you think it's

18   something that you would have prepared.

19       A.    The formatting looks like our standard

20   formatting.  At the bottom it looks like the way

21   that we would have formatted it.  It's extracted

22   from the RMS, and the date it was extracted.

23       Q.    Okay.  And who asked you, if you can

24   recall, to prepare this document?

25       A.    I don't recall, sir.  I apologize.

(434) 293-3300
www.cavalier-reporting.com

Reported by Darlene J Owings
Cavalier Reporting & Videography

(800) 972-1993
info@cavalier-reporting.com

Job # 42986

Johnson et al v Holmes
Jenny Zawitz

Page 11
7/14/2020

1    format rather than the substance?

2        A.      Yes, sir, that's right.

3        Q.      Do you know what this chart represents?

4    It says at the top citations.

5             Now what does the word citations mean

6    in your parlance?

7        A.      That can mean a variety of things.  It

8    could mean citations for traffic offense.  It

9    could mean citations for drug offenses.  It could

10    mean a variety of citations that people would

11    write.

12        Q.      Do you know what it means on this

13    particular chart?

14        A.      I don't, sir.  I'm sorry.

15        Q.      Would somebody have asked you for a

16    chart like this for citations that would have

17    covered all of the different citations that you

18    just mentioned?

19        A.      It's possible, yes, sir.

20        Q.      What else is possible?

21        A.      If they wanted a specific type of

22    citation they could have requested that.  But I

23    don't know.  I'm sorry.

24        Q.      I take it you don't recall what you

25    were asked?

(434) 293-3300
www.cavalier-reporting.com

Reported by Darlene J Owings
Cavalier Reporting & Videography

(800) 972-1993
info@cavalier-reporting.com