**Gmail**

**Jeff Fogel <jeff.fogel@gmail.com>**

## written response for Darrell Byers, Johnson v. Holmes

**Jeff Fogel** <jeff.fogel@gmail.com>                                    Mon, Aug 3, 2020 at 9:55 AM
To: Amanda Farley <afarley@albemarle.org>
Cc: Jim Guynn <JimG@guynnwaddell.com>, Darrell Byers <byersd@albemarle.org>

Amanda,

To conclude (I hope), Captain Byers has identified #4 in Plaintiff's First Request for Production of Documents as the source of his request to Ms. Zawitz to prepare the chart marked as Exhibit 1 (chart of Holmes) at his deposition.  He has also identified #2 in Plaintiff's Second Request for Production of Documents as the source for his request for the preparation of the chart that was  marked as Exhibit 2 (Citation by Specified Officer). Captain Byers does not have the email that was sent to him on May 18, 2017 from Ms. Zawitz as marked as Exhibit 3 at his deposition.
Please confirm that this is accurate.

Jeff Fogel
[Quoted text hidden]

 Gmail

**Jeff Fogel <jeff.fogel@gmail.com>**

## written response for Darrell Byers, Johnson v. Holmes

**Darrell Byers** <byersd@albemarle.org>
To: Amanda Farley <afarley@albemarle.org>, Jeff Fogel <jeff.fogel@gmail.com>
Cc: Jim Guynn <JimG@guynnwaddell.com>

Wed, Aug 5, 2020 at 8:54 AM

I affirm.

[Quoted text hidden]