## Guynn & Waddell, P.C.

ATTORNEYS AT LAW

415 S. COLLEGE AVENUE
SALEM, VIRGINIA 24153
TELEPHONE (540) 389-2928
FACSIMILE (540) 389-2350

JIM H. GUYNN, JR.
   JimG@guynnwaddell.com

SUSAN A. WADDELL
   SusanW@guynnwaddell.com

PAUL M. MAHONEY, OF COUNSEL
   PaulM@guynnwaddell.com

THERESA F. FONTANA
   TheresaF@guynnwaddell.com

April 5, 2017

VIA EMAIL

Jeffrey E. Fogel, Esq.
913 E. Jefferson Street
Charlottesville VA  22902

   Re:   Bianca Johnson and Delmar Canada v. Andrew Holmes, et al.
           USDC, Western District, Charlottesville, Case No. 3:16cv16

Dear Jeff:

    I apologize for my delay in getting back to you on the discovery and appreciate your courtesy and cooperation in this matter.

    I have spoken several times with my contact at Albemarle County Police Department to try and figure out how to respond to number 2 of Plaintiff's Second Request for Production of Documents. We want to provide numbers/statistics that are fair and meaningful comparators. For example, comparing Officer Holmes' numbers on night shift in a sector to another officer's numbers on day shift in the sector does not result in a fair comparison because of the difference in time. Police department experience indicates that night shift is busier.

    The department generally assigns no more than one officer per sector. Accordingly, we are not able to provide an exact match for the same days and hours that Officer Holmes worked. In 2015, the department utilized a 28-day work period. Under that schedule, Officer Holmes would have worked 5 days, then off 4 days, worked another 5 days, then off 4 days, worked 6 days, and then off 4 days. Without expressing any opinion on the validity of the comparison, we believe that the closest comparison would be statistics from the sector during Holmes' off days. In other words, if Officer Holmes worked night shift for 5 days, and we can determine who worked the next 4 days that he was off, we could produce some statistics for the same shift in the same sector within a week or so of statistics from Officer Holmes.

    This will be a very complicated process because we have to determine for each day who worked a particular sector. We propose to try and gather this information for the year 2015 and produce it in the statistical format that we previously produced. I am attaching a copy of that format to ensure that there is no misunderstanding as to what we are going to try to do. If this is



# Albemarle County Police

## Officer Holmes Arrest, Citation, FI Card, and Traffic Stop Data – 2016*

### Arrest Data

| Race | No. Arrests | Percent |
|---|---|---|
| Black | 1 | 25.00% |
| White | 3 | 75.00% |
| **Grand Total** | **4** | **100.00%** |

| Gender | No. Arrests | Percent |
|---|---|---|
| Male | 4 | 100.00% |
| Female | 0 | 0.00% |
| **Grand Total** | **4** | **100.00%** |

| Ethnicity | No. Arrests | Percent |
|---|---|---|
| Non-Hispanic | 4 | 100.00% |
| Hispanic | 0 | 0.00% |
| Not Provided | 0 | 0.00% |
| **Grand Total** | **4** | **100.00%** |

### Citation Data

| Race | No. of Citations | Percent |
|---|---|---|
| Black | 0 | 0.00% |
| White | 0 | 0.00% |
| Asian | 0 | 0.00% |
| **Grand Total** | **0** | **0** |

| Gender | No. of Citations | Percent |
|---|---|---|
| Male | 0 | 0.00% |
| Female | 0 | 0.00% |
| **Grand Total** | **0** | **0** |

| Ethnicity | No. of Citations | Percent |
|---|---|---|
| Non-Hispanic | 0 | 0.00% |
| Hispanic | 0 | 0.00% |
| Not Provided | 0 | 0.00% |
| **Grand Total** | **0** | **0** |

### FI Card Data

| Race | No. FI Cards | Percent |
|---|---|---|
| White | 0 | 0.00% |
| Black | 0 | 0.00% |
| Unknown | 0 | 0.00% |
| **Grand Total** | **0** | **0** |

| Gender | No. of FI Cards | Percent |
|---|---|---|
| Female | 0 | 0.00% |
| Male | 0 | 0.00% |
| **Grand Total** | **0** | **0** |

*Note: Ethnicity is not recorded for FI cards and is therefore not included here.

### Traffic Stop Data*

| Sector | Number of TS |
|---|---|
| S1 | 0 |
| S2 | 0 |

*Note Officer Holmes had 1 traffic stop outside of these sectors, so these are just the requested sector numbers.

*Data Current through 11/15/2016
Data Extracted 11/15/2016
Data Source: Albemarle County PD RMS