| | |
|---|---|
| From: | Jennifer Zawitz <zawitzj@albemarle.org> |
| Sent: | Thursday, May 18, 2017 10:23 AM |
| To: | Darrell Byers |
| Subject: | RE: Data Request - Numbers for S1 and S2 |
| Attachments: | All Officer Data 2015 Updated for S1 and S2.doc |

Hi Darrell,

Sorry for the multiple emails. I made one change to the original document I sent you. Please delete that document and replace it with this one. The header for page 9 should read "Traffic Stops by Specified Officer..." rather than "Traffic by Specified Officer". I have made the correction here. I can also print a replacement page if that would be helpful.

Thanks!

Jenny

From: Jennifer Zawitz
Sent: Thursday, May 18, 2017 10:18 AM
To: Darrell Byers <byersd@albemarle.org>
Subject: RE: Data Request - Numbers for S1 and S2

Hi Darrell,

I apologize. I neglected to send you my hours worked on this.

**Total Hours Worked: 12.5**

Itemized
05/15: 1545-1630 hrs
       05/15 subtotal: 0.75 hrs

05/16: 1315-1700 hrs
       05/16 subtotal: 3.75 hrs

05/17: 0830-0915 hrs
       0945-1100 hrs
       1245-1530 hrs
       1545-1700 hrs
       2100-2230 hrs  (flexing time so no overtime billed)
       05/17 subtotal: 7.5

05/18: 0845-0900 hrs
       0945-1000 hrs
       05/18 subtotal: 0.5 hrs

Thanks!

Jenny

Albemarle County response to #3 of PL 2/10/2020 SDT 000012