# Albemarle County Police

## Citations by Specified Officer Sorted by Gender for 2015 When Officers were Assigned to Sectors 1 and 2

| Officer Name | Citations by Gender | | | Grand Total |
|---|---|---|---|---|
| | Female | Male | Unknown | |
| BRYANT, ADAM WADE | 19 | 45 | 0 | 64 |
| BURFORD, AUSTIN | 6 | 5 | 0 | 11 |
| CLARK, BIANCA WANECE | 15 | 13 | 0 | 28 |
| COMPEAN, ANDREW JOSEPH | 3 | 3 | 0 | 6 |
| DELANGE, JEREMY TODD | 5 | 4 | 0 | 9 |
| DELANGE, JONATHON DAVID | 7 | 12 | 0 | 19 |
| GEORGE, JOSEPH MICHAEL | 20 | 27 | 0 | 47 |
| HERRING, JAMES RANDALL | 0 | 0 | 0 | 0 |
| HUFFMAN, DAVID B | 7 | 14 | 0 | 21 |
| HUTCHINSON, DAVID L. | 0 | 0 | 0 | 0 |
| KANE, KATHERINE MARY | 0 | 1 | 0 | 1 |
| LOWERY, TURNER COLEMAN | 0 | 0 | 0 | 0 |
| MAHON, LINDSAY CAITLIN | 0 | 0 | 0 | 0 |
| MAINS, JASON E | 2 | 2 | 0 | 4 |
| MCCALL, STEPHEN ALEXANDER | 0 | 3 | 0 | 3 |
| MELTON, COLIN B | 9 | 12 | 0 | 21 |
| MIKUS, CASEY RILEY | 2 | 3 | 0 | 5 |
| MORRIS, JAMES HOWARD III | 0 | 0 | 0 | 0 |
| OVERTON, MAEVE JOSEPHINE | 5 | 4 | 0 | 9 |
| PRIANCIANI, MATTHEW DOUGLAS | 1 | 0 | 0 | 1 |
| ROBEY, DONALD | 0 | 0 | 0 | 0 |
| SAULLE, MATTHEW DAVID | 0 | 0 | 0 | 0 |
| SCHENK, GERALD ROGER | 0 | 0 | 0 | 0 |
| SCHNEIDER, MICHAEL DAVID | 0 | 0 | 0 | 0 |
| SHERIDAN, RYAN DOUGLAS A | 0 | 0 | 0 | 0 |
| SMITH, LANCE | 1 | 0 | 0 | 1 |
| SNODGRASS, ROGER SHARP Jr | 14 | 14 | 0 | 28 |
| SNYDER, MICKEY SHAWN | 0 | 2 | 0 | 2 |
| THOMAS, SAMUEL EVAN | 1 | 4 | 0 | 5 |
| ZAMBROTTA, DOMINICK PHILLIP | 0 | 0 | 0 | 0 |
| **Grand Total** | **117** | **168** | **0** | **285** |

| Officer Name | Citations by Gender (Percentage) | | | Grand Total |
|---|---|---|---|---|
| | Female | Male | Unknown | |
| BRYANT, ADAM WADE | 29.69% | 70.31% | 0.00% | 100.00% |
| BURFORD, AUSTIN | 54.55% | 45.45% | 0.00% | 100.00% |
| CLARK, BIANCA WANECE | 53.57% | 46.43% | 0.00% | 100.00% |
| COMPEAN, ANDREW JOSEPH | 50.00% | 50.00% | 0.00% | 100.00% |
| DELANGE, JEREMY TODD | 55.56% | 44.44% | 0.00% | 100.00% |
| DELANGE, JONATHON DAVID | 36.84% | 63.16% | 0.00% | 100.00% |
| GEORGE, JOSEPH MICHAEL | 42.55% | 57.45% | 0.00% | 100.00% |
| HERRING, JAMES RANDALL | NC | NC | NC | NC |
| HUFFMAN, DAVID B | 33.33% | 66.67% | 0.00% | 100.00% |
| HUTCHINSON, DAVID L | NC | NC | NC | NC |
| KANE, KATHERINE MARY | 0.00% | 100.00% | 0.00% | 100.00% |
| LOWERY, TURNER COLEMAN | NC | NC | NC | NC |
| MAHON, LINDSAY CAITLIN | NC | NC | NC | NC |
| MAINS, JASON E | 50.00% | 50.00% | 0.00% | 100.00% |
| MCCALL, STEPHEN ALEXANDER | 0.00% | 100.00% | 0.00% | 100.00% |
| MELTON, COLIN B | 42.86% | 57.14% | 0.00% | 100.00% |
| MIKUS, CASEY RILEY | 40.00% | 60.00% | 0.00% | 100.00% |
| MORRIS, JAMES HOWARD III | NC | NC | NC | NC |
| OVERTON, MAEVE JOSEPHINE | 55.56% | 44.44% | 0.00% | 100.00% |
| PRIANCIANI, MATTHEW DOUGLAS | 100.00% | 0.00% | 0.00% | 100.00% |
| ROBEY, DONALD | NC | NC | NC | NC |
| SAULLE, MATTHEW DAVID | NC | NC | NC | NC |
| SCHENK, GERALD ROGER | NC | NC | NC | NC |
| SCHNEIDER, MICHAEL DAVID | NC | NC | NC | NC |
| SHERIDAN, RYAN DOUGLAS A | NC | NC | NC | NC |
| SMITH, LANCE | 100.00% | 0.00% | 0.00% | 100.00% |
| SNODGRASS, ROGER SHARP Jr | 50.00% | 50.00% | 0.00% | 100.00% |
| SNYDER, MICKEY SHAWN | 0.00% | 100.00% | 0.00% | 100.00% |
| THOMAS, SAMUEL EVAN | 20.00% | 80.00% | 0.00% | 100.00% |
| ZAMBROTTA, DOMINICK PHILLIP | NC | NC | NC | NC |
| **Grand Total** | **41.05%** | **58.95%** | **0.00%** | **100.00%** |

Note: Categories for gender are defined by the Sunguard OSSI RMS system.



Data Extracted: 05/18/2017
Data Source: Albemarle County Police Department RMS