

# Albemarle County Police

Number of Traffic Stops Conducted by Year

| Year | Number of Traffic Stops |
|---|---|
| 2009 | 151 |
| 2010 | 156 |
| 2011 | 118 |
| 2012 | 148 |
| 2013 | 57 |
| 2014 | 330 |
| 2015 | 245 |
| Grand Total | 1,205 |

Number of Summonses Issued by Year

| Year | Number of Summonses |
|---|---|
| 2009 | 112 |
| 2010 | 106 |
| 2011 | 82 |
| 2012 | 57 |
| 2013 | 28 |
| 2014 | 178 |
| 2015 | 92 |
| Grand Total | 655 |

Number of Summonses Issued by Year and Race

| Race | Year | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
| Not Listed | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
| Asian | 1 | 0 | 1 | 1 | 0 | 3 | 1 | 7 |
| Black | 38 | 57 | 39 | 27 | 17 | 80 | 47 | 305 |
| Hispanic | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Unknown | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 2 |
| White | 72 | 48 | 41 | 29 | 11 | 93 | 44 | 348 |
| Grand Total | 112 | 106 | 82 | 57 | 28 | 178 | 92 | 665 |

Number of Summonses Issued by Year and Sex

| Sex | Year | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
| Not Listed | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 3 |
| Female | 31 | 15 | 25 | 10 | 7 | 34 | 10 | 132 |
| Male | 80 | 91 | 57 | 47 | 21 | 142 | 82 | 520 |
| Grand Total | 112 | 106 | 82 | 57 | 28 | 178 | 92 | 655 |

PLAINTIFF'S EXHIBIT #1

Data Source: Albemarle County Police Department RMS
Data Extracted: 06/22/2016