# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Bianca Johnson, et al**

vs.

**Andrew Homes, et al**

Action No:   3:16CV00016
Date:   2/8/2021
Judge:   Norman K. Moon
Court Reporter:   JoRita Meyer
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Defendant Attorney(s)

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

DEFENDANT:

1.

PROCEEDINGS:
VIDEO STATUS HEARING 2:00-2:40= 40 min

Parties present through counsel for video status hearing.

Court reads a summary of the case into the record and asks the parties to respond.

Plaintiff responds.

Defendant responds.

Arguments heard.

Remarks by Court.   Parties to set trial date.

Pretrial Order will issue.   Any issues/request to be in form of motions.