IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **BIANCA JOHNSON, et al.,** | : | |
| Plaintiffs, | : | |
| | : | Case No. 3:16-cv-00016 |
| v. | : | |
| **ANDREW HOLMES,** | : | |
| Defendant. | : | |
| | : | |
| **RODNEY HUBBARD, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | |
| **ANDREW HOLMES** | : | |
| Defendant. | : | |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES FOR TRIAL**

  Plaintiffs, through counsel, hereby move to consolidate the above two cases for trial. In support of their motion, Plaintiffs shall rely on a Memorandum submitted herewith.

               Respectfully submitted,
               BIANCA JOHNSON, DELMAR CANADA,
               RODNEY HUBBARD and SAVANNAH
               HUBBARD
               By counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel
913 E. Jefferson Street
Charlottesville, VA 22902

phone:  (434) 984-0300
fax:  (434) 220-4852
e-mail: jeff.fogel@gmail.com

## CERTIFICATION OF SERVICE

    I certify that the within motion and accompanying Memorandum were served on the Defendant by filing the same with the Court's ECF system which will give notice to all attorneys of record.

                        /s/
                        Jeffrey E. Fogel