UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BIANCA JOHNSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ANDREW HOLMES, <br><br> *Defendant.* | CASE NO. 3:16-cv-00016 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

  This case is presently set for a jury trial from January 10 to 12, 2022. However, in consideration of the fact that there is currently a surge of COVID-19 cases in the Western District of Virginia and in the Charlottesville Division, including on account of the recent Omicron variant, and further in consideration of the fact that both parties agree that the jury trial should be continued on account of the risk presented from the COVID-19 pandemic, the Court accordingly finds it necessary and appropriate that the jury trial be **CONTINUED**. The Clerk is directed to reset the jury trial for **March 28–30, 2022**.

  The Final Pretrial Conference presently set for **January 6, 2022** at **12:30 p.m.** shall instead proceed as a Status Conference, to be conducted remotely by Zoom.

  It is so **ORDERED**.

  The Clerk of Court is directed to send a certified copy of this Order to all counsel of record.

  Entered this <u>30th</u> day of December, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE
