# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

Bianca Johnson, et al

v.

Andrew Holmes

Action No: 3:16-cv-00016

Date:   3/29/22

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

.Jeffrey Edward Fogel

Defendant Attorney(s)

Jim H. Guynn, Jr.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Telephonic Motion Hearing:
Doc #165 - MOTION for Discovery "Defendants Andrew Holmes' and Casey Mikus' [Harris case] Motion for Entry of Scheduling Order" by Andrew Holmes

Argument by Mr. Guynn
Argument by Mr. Fogel
Court will allow additional discovery
Court will modify deadlines
Written order to follow

Time in court: 11:03 – 11:27=24 minutes

Time in Court: