IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BIANCA JOHNSON, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> : <br> ANDREW HOLMES, et al. : <br> : <br> Defendants. : <br> : <br> : | Case No. 3:16-cv-00016 |

    Plaintiff concedes that, at the time of the search of plaintiff Sergio Harris' vehicle, the officers had probable cause to conduct that search.

                                          Respectfully submitted,
                                          Sergio Harris
                                          By counsel

s/_____
Jeffrey E. Fogel   VSB# 76345
913 E. Jefferson Street
Charlottesville, VA 22902
(434) 984-0300
(434) 220-4852 (fax)
jeff.fogel@gmail.com
Attorney for Plaintiff

CERTIFICATION OF SERVICE

    I certify that the within document has been served on defendant on July 15, 2022, by filing the same with the court's ECF system which will give notice to all attorneys of record.

                                          s/_____
                                          Jeffrey E. Fogel