# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BIANCA JOHNSON, *et al.*,<br>    *Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>    *Defendant.* | **LEAD CASE NO. 3:16-cv-00016** |
| LEON POLK, *et al.*,<br>    *Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>    *Defendant.* | CASE NO. 3:16-cv-00017 |
| RODNEY HUBBARD, *et al.*,<br>    *Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>    *Defendant.* | CASE NO. 3:16-cv-00018 |
| CORY GRADY,<br>    *Plaintiff*,<br>v.<br>ANDREW HOLMES,<br>    *Defendant.* | CASE NO. 3:17-cv-00062 |
| SERGIO HARRIS,<br>    *Plaintiff*,<br>v.<br>ANDREW HOLMES, *et al.*,<br>    *Defendants.* | CASE NO. 3:17-cv-00079 |

1

This motion concerns Plaintiff Sergio Harris's case against Defendants Andrew Holmes and Cassey Mikus. Case No. 3:17-cv-00079. In that matter, Defendants have moved for partial summary judgment as to Plaintiff Harris's third cause of action. *See* Dkt. 192, 193. Plaintiff has not objected to the motion or relief requested, *see* Dkt. 206, and confirmed the same in the Court's pretrial conference on August 23, 2022.

Accordingly, finding the relief requested unopposed, the Court will **GRANT** Defendants' motion for partial summary judgment as to Plaintiff Harris's third cause of action, Dkt. 192, and **award summary judgment** to Defendants on Plaintiff Sergio Harris's third cause of action. All other counts in Plaintiff Sergio Harris's case and in any other of the consolidated actions are unaffected.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this __6th__ day of September, 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE