CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 12 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

To Judge Hoppe, and Moon.

I Rodney Hubbard Sr. did not agree with the terms of release in my case. I think this was very bias and unethical. To be forced to accept a settlement. This case needs to get back on the docket for jury trial. Furthermore I am very displeased with the unprofessional treatment that I have seen from this Court. To be treated as if I don't matter. I do matter and I will not be ~~bullet bottles intimate~~ forced to accept the defendant first offer and terms. I am requesting a Jury Trial a fair and unbias Trial. This kind of treatment from this Court has caused me more pain!

Rodney Hubbard Sr.
9-12-2022