CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/29/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BIANCA JOHNSON, *et al.*,<br>　　　　　　　　　　　*Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>　　　　　　　　　　　*Defendant.* | **LEAD CASE NO. 3:16-cv-00016** |
| LEON POLK, *et al.*,<br>　　　　　　　　　　　*Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>　　　　　　　　　　　*Defendant.* | CASE NO. 3:16-cv-00017 |
| RODNEY HUBBARD, *et al.*,<br>　　　　　　　　　　　*Plaintiffs*,<br>v.<br>ANDREW HOLMES,<br>　　　　　　　　　　　*Defendant.* | CASE NO. 3:16-cv-00018 |
| CORY GRADY,<br>　　　　　　　　　　　*Plaintiff*,<br>v.<br>ANDREW HOLMES,<br>　　　　　　　　　　　*Defendant.* | CASE NO. 3:17-cv-00062 |
| SERGIO HARRIS,<br>　　　　　　　　　　　*Plaintiff*,<br>v.<br>ANDREW HOLMES, *et al.*,<br>　　　　　　　　　　　*Defendants.* | CASE NO. 3:17-cv-00079 |

This matter is further to Defendant Andrew Holmes' "Motion to Enforce Settlement," Dkt. 243, which is presently scheduled to be heard on evidentiary hearing on **December 9, 2022**, at **2:00 p.m.** via Zoom videoconference.

The Court has already ordered Plaintiff Rodney Hubbard, now represented by S.W. Dawson, to file any response to the Motion to Enforce Settlement no later than **seven (7) days** before the hearing date; and any reply in support of the motion to be filed no later than **three (3) days** before such hearing. *See* Dkt. 266.

Finding it appropriate and useful for the resolution of the motion to enforce the settlement, the Court hereby further **ORDERS** the parties file the following submissions no later than the following dates:

- Exhibit & witness lists                 December 7, 2022

- Proposed Findings of Fact &      December 16, 2022
  Conclusions of law

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this  29th  day of November, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE