# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Bianca Johnson, et al.**

**vs.**

**Andrew Holmes, et al.**

Action No:   3:16CV00016 (Lead)

Date:   December 9, 2022

Judge:   Norman K. Moon

Court Reporters:   Lisa Blair

Deputy Clerk:   Carmen Amos

Plaintiffs' Attorneys

Jeffrey E. Fogel
S. W. Dawson

Defendant's Attorneys

Jim H. Guynn, Jr.

*Other participants on the Zoom*:
Rodney Hubbard
Sergio Harris
Delmar Canada
Lisa Provence
Leon Polk
Malcolm Cook

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.  Jeff Fogel

2.  Rodney Hubbard

3.  Sergio Harris

4.  Leon Polk

5.  Malcolm Cook

DEFENDANT:

1.  Jim Guynn

**PROCEEDINGS:**
All parties present by video-conference/Zoom for an Evidentiary / Motion Hearing re: Dkt. 243 – Motion to Enforce Settlement filed by Andrew Holmes.   Witness testimony heard and evidence entered.   The parties are to file their proposed Findings of Fact and Conclusions of Law by 12/16/2022, as directed by Dkt. 269 – ORDER entered 11/29/2022.

Time in Court:   2:05 – 2:59 p.m.; 3:15 – 3:55 p.m.   (1 hour, 34 minutes)